Dismissed and Memorandum Opinion filed September 30, 2004









Dismissed and Memorandum Opinion filed September 30,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00826-CR

NO.
14-04-00827-CR

____________

 

PAMELA MAJOR,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
337th District Court

Harris County,
Texas

Trial Court Cause Nos. 990,195
& 990,421

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered guilty pleas to the offenses of aggravated
assault and retaliation.  In accordance
with the terms of plea bargain agreements with the State, the trial court
sentenced appellant on August 5, 2004, to confinement for two years in the Institutional
Division of the Texas Department of Criminal Justice, with the sentences to be
served concurrently.  Appellant filed a
pro se notice of appeal in each case. 
Because appellant has no right to appeal, we dismiss.  








The trial court entered a certification of the defendant=s right to appeal in each case in
which the court certified that each is a plea bargain case, and the defendant
has no right of appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certifications are included in the
records on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeals.  

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed September 30, 2004.

Panel consists of Chief Justice
Hedges and Justices Fowler and Seymore.

Do Not Publish C Tex. R. App.
P. 47.2(b).